# FISHER & FISHER
## LAW OFFICES, L.L.C.

**Timothy B. Fisher, Esquire* \*\***
**Timothy B. Fisher, II, Esquire***

\* Member of PA & Federal Bars
\*\* Member of NY Bar
º Member of NJ Bar

John D. Michelin, Esquire*
Joseph F. Kulesa, Jr., Esquire* º
Michelle F. Farley, Esquire*
Michael A. Ventrella, Esquire*

July 18, 2019

To the Clerk of the U.S. Bankruptcy Court

*RE:* *Jennifer A. Buckalew*
*Case No. 5:18-bk-05245*

Dear Sir or Madam:

Please note the following change of address for the debtor,

Prior Address: 245 Somerset Drive
East Stroudsburg, PA 18301

New Address: 44 Cranberry Ledge Road
Andover, NJ 07821

Very truly yours,

FISHER & FISHER LAW OFFICES, L.L.C.

By: *Tim B. Fisher*
Timothy B. Fisher, II MO

TBFII/mco

Please Reply To:

☐ Mount Pocono
3041 Route 940, Suite 107
Mount Pocono, PA 18344
(570) 839-8690
(570) 839-7675 fax

☐ Gouldsboro
525 Main St., PO Box 396
Gouldsboro, PA 18424
(570) 842-2753
(570) 842-8979 fax

☐ Cresco
1070 PA Rte 390, PO Box 222
Cresco, PA 18326
(570) 595-8770
(570) 595-8772 fax

☐ Stroudsburg
109 N. 7th Street
Stroudsburg, PA 18360
(570) 629-6322
(570) 629-6275 fax

www.pocono-lawyers.com

Case 5:18-bk-05245-RNO    Doc 32    Filed 07/18/19    Entered 07/18/19 09:49:18    Desc
Main Document    Page 1 of 1