# United States Bankruptcy Court
## Middle District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Jennifer A. Buckalew** | Case No. | **5:18-bk-05245** |
| | Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **December 12, 2019**, a copy of **Notice of Chapter 13 Bankruptcy Case** was served electronically or by regular United States mail.

**Portfolio Recovery Associates, LLC**
**P.O. Box 41067**
**Norfolk VA 23541-1067**

        **/s/ Timothy B. Fisher II**
        **Timothy B. Fisher II 85800**
        **Timothy B. Fisher II**
        **Fisher & Fisher Law Offices**
        **P. O. Box 396**
        **Gouldsboro, PA 18424**
        **570-842-2753 Fax:570-842-8979**