In re:  Case No. 18-05245-MJC
Jennifer A. Buckalew  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Jan 30, 2024      Form ID: 3180W      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer A. Buckalew, 44 Cranberry Ledge Road, Andover, NJ 07821-3004 |
| 5141183 | + | Coordinated Health, PO Box 826348, Philadelphia, PA 19182-6348 |
| 5141185 | + | Fedloan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 5141186 | + | Galleria at Splitrock Financial Svs, P.O. Box 547C, Lake Harmony, PA 18624-0820 |
| 5280042 | + | Linear Mortgage, LLC, PO Box 2420, Sarasota, FL 34230-2420 |
| 5280043 | + | Linear Mortgage, LLC, PO Box 2420, Sarasota, FL 34230, Linear Mortgage, LLC, PO Box 2420 Sarasota, FL 34230-2420 |
| 5141191 | + | Rev1 Solutions, 517 U.S. 31 N, Greenwood, IN 46142-3932 |
| 5190074 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 5141194 | + | Westgate M T Vegas, c/o CFI Resorts Mgmt, 2801 Old Winter Garden Road, Ocoee, FL 34761-2965 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 30 2024 23:44:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 30 2024 18:46:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 5141180 | + | EDI: LCIBAYLN | Jan 30 2024 23:44:00 | Bayview Loan Servicing, 4425 Ponce de leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 5141181 | + | EDI: CITICORP | Jan 30 2024 23:44:00 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5161284 | | Email/PDF: bncnotices@becket-lee.com | Jan 30 2024 18:55:55 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5164861 | + | EDI: CITICORP | Jan 30 2024 23:44:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5141182 | | EDI: CITICORP | Jan 30 2024 23:44:00 | Citicards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 5142993 | | EDI: DISCOVER | Jan 30 2024 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5141184 | + | EDI: DISCOVER | Jan 30 2024 23:44:00 | Discover Finance Svs LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 5141187 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 30 2024 18:46:00 | Kohls Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 5163313 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2024 18:55:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5141188 | + | Email/Text: med1bknotice@med1solutions.com | Jan 30 2024 18:46:00 | Med-1 Solutions, 517 U.S. 31 N, Greenwood, IN 46142-3932 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5141190 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2024 18:46:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 5164744 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2024 18:46:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 5281094 | | EDI: PRA.COM | Jan 30 2024 23:44:00 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk VA 23541-1067 |
| 5289992 | | EDI: PRA.COM | Jan 30 2024 23:44:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5141189 | | Email/Text: bankruptcy@pinnaclerecovery.com | Jan 30 2024 18:46:00 | Pinnacle Recovery, Inc., P.O.Box 130848, Carlsbad, CA 92013-0848 |
| 5241411 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 30 2024 18:46:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5241412 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 30 2024 18:46:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5519625 | + | Email/Text: EBN@edfinancial.com | Jan 30 2024 18:46:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5160392 | | EDI: AIS.COM | Jan 30 2024 23:44:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5141192 | + | EDI: WFFC2 | Jan 30 2024 23:44:00 | Wells Fargo, P.O.Box 10335, Des Moines, IA 50306-0335 |
| 5164755 | + | EDI: WFFC2 | Jan 30 2024 23:44:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 5148035 | + | EDI: WFFC2 | Jan 30 2024 23:44:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 5141193 | + | EDI: WFFC2 | Jan 30 2024 23:44:00 | WellsFargo Dealers Services, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5164677 | *+ | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 5289991 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor WELLS FARGO BANK N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| Robert Joseph Davidow | on behalf of Creditor WELLS FARGO BANK N.A. r.davidow@mgplaw.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Jennifer A. Buckalew donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jennifer A. Buckalew<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0974<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18-bk-05245-MJC | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jennifer A. Buckalew

1/30/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2